# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>v.<br><br>NICK MONARREZ (31),<br><br>　Defendant. | CRIMINAL CASE NO. 3:06-CR-00192-N-31 |

## MOTION FOR MEDICAL TREATMENT

COMES NOW, Defendant Nick Monarrez (31) ("Defendant"), by and through his undersigned counsel, respectfully requests that the Court convene a hearing and conduct an inquiry about the necessity of Defendant's receipt of certain prescribed medications that he is not presently receiving at the Federal Detention Center in Seagoville, Texas. As grounds therefore, Defendant states the following:

1. Defendant suffers from bipolar disorder.

2. He is in urgent need of certain medication to treat this condition, which has previously been prescribed by a physician.

3. This medication includes Depakote.

4. Defendant has not received his prescribed Depakote since his arrival at the Federal Detention Center in Seagoville, Texas.

5. Defendant therefore respectfully moves for this Court to convene a hearing to inquire into the failure of the Federal Detention Center to properly treat him for his condition.

WHEREFORE, based on the foregoing, Defendant requests leave of this Court to file this Motion.

Dated: August 7, 2012

Respectfully submitted,

PRIEST JOHNSON, PLLC

By: */s/ Kimberly C. Priest-Johnson*
    Kimberly C. Priest-Johnson
    Texas State Bar No. 24027753
    kpj@priestjohnsonlaw.com
    2600 State Street
    Dallas, Texas 75204
    Telephone: (214) 720-4000
    Facsimile: (214) 720-9594

**ATTORNEY FOR DEFENDANT
NICK MONARREZ**

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion for Medical Treatment was served upon the attorney for the government, AUSA Jennifer Tourjé, by means of the Court's ECF system on August 7, 2012.

*/s/ Kimberly C. Priest-Johnson*
Kimberly C. Priest-Johnson

**CERTIFICATE OF CONFERENCE**

Prior to filing this Motion, the undersigned counsel for Defendant attempted to confer with the government's attorney, AUSA Jennifer Tourjé, about the merits of this Motion via phone and email. Defendant has not yet received a response from Ms. Tourjé; however, because of the time-sensitive substance of the motion, Defendant filed such motion without receiving Ms. Tourjé's response.

*/s/ Kimberly C. Priest-Johnson*
Kimberly C. Priest-Johnson